1 Marc V. Kalagian
Attorney at Law: 149034
2 Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
3 Long Beach, CA 90802
Tel.: (562)437-7006
4 Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net
5
Attorneys for Plaintiff
6 Joseph McCary

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MCCARY, | Case No.: CV 10-7821 JEM |
| Plaintiff, | ~~{PROPOSED}~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: July 6, 2011

*/s/John E. McDermott*
THE HONORABLE JOHN E MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

-1-